FILLMORE & CO. v. CAMPBELL & GILBERT.

ACTION by *Campbell* and another against *Fillmore* and two others, to recover damages for the non-performance of the conditions of a contract to deliver certain prairie hay. Trial at the May Term, 1880, of the district court of Ottawa county, and verdict and judgment for the plaintiffs for $300 damages, and costs. The defendants bring the case here.

*McClure & Humphrey*, and *Cummins & Hanners*, for plaintiffs in error.

*Johnston & Freeman*, and *Thompson & Thompson*, for defendants in error.

*Per Curiam:* Plaintiffs in error contend that the verdict is wrong, and that no cause of action was proved. Counsel for defendants in error object to the consideration by this court of the question raised, on the ground that the record does not

purport to contain all the evidence. The only allegations in the record referring to the evidence are: "The plaintiffs rest;" "the defendants rest." And after these expressions it appears other evidence was presented to the trial court. Therefore the objection is well taken, as it is not apparent that the whole case is here. (*Comm'rs of Brown Co. v. Roberts*, 22 Kas. 762; *Moody v. Arthur*, 16 Kas. 419.)

The judgment of the district court will be affirmed.